JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/7/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL FIGUEROA SILVA, | NO. CV 14-6105-MWF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed without prejudice.

DATED: May 7, 2015.

/s/ Michael W. Fitzgerald

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE